IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC. and <br> UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC. and <br> SAMSUNG ELECTRONICS CO., LTD., <br><br> Defendants. | Civil Action No. 2:17-cv-00562-JRG |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Before the Court is Uniloc USA, Inc. and Uniloc Luxembourg, S.A.'s (collectively, "Uniloc") Notice of Dismissal Without Prejudice (Dkt. No. 14), which voluntarily dismisses the claims against Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

In light of the Notice of Dismissal, it is hereby **ORDERED** that Uniloc's action against Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. is **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief not previously addressed by the Court are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** the above referenced case.

**So Ordered this**
Aug 10, 2017

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE